# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CURTIS J. HARDY**  PETITIONER
Reg #01102-043

v.  CASE NO. 2:17-CV-00146 BSM

**GENE BEASLEY, Warden**
**FCC-Forrest City**  RESPONDENT

## ORDER

The proposed findings and recommendations [Doc. No. 13] submitted by United States Magistrate Judge Jerome T. Kearney and petitioner Curtis Hardy's objections [Doc. No. 16] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Hardy fails to show that section 2255 is "inadequate or ineffective" to test the legality of his detention. *See United States v. Lurie*, 207 F.3d 1075, 1077–78 (8th Cir. 2000). Accordingly, his petition is dismissed with prejudice, all requested relief is denied, and judgment is entered for respondent Beasley.

IT IS SO ORDERED this 2nd day of October 2018.

_____
UNITED STATES DISTRICT JUDGE